UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RYAN L. RIPLEY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV146 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) ("EAJA"), filed January 28, 2011. (Doc. No. 22). In his motion, Plaintiff requests an award of attorney fees in the amount of $3283.31. Defendant does not object to Plaintiff's request. (Doc. No. 24).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fees pursuant to the EAJA (Doc. No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay EAJA attorney fees in the amount of $3283.31.[1]

Dated this 11th day of February, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has indicated that after verifying Plaintiff owes no debt to the United States that is subject to offset, it will pay the EAJA fees directly to Plaintiff's attorney. (Doc. No. 24).